**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| SUE A. LANCASTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-07-0483-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Pursuant to 42 U.S.C. § 405(g), plaintiff seeks judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits under the Social Security Act.

In her Report and Recommendation of November 26, 2007 (doc. no. 16), Magistrate Judge Bana Roberts recommends that the commissioner's decision denying benefits be affirmed. Plaintiff has timely objected to that recommendation, arguing that the administrative law judge erred in two broad respects, and that the magistrate judge likewise erred, therefore, when she recommended affirmance of the administrative law judge's findings. Plaintiff contends the ALJ erred by formulating claimant's residual functional capacity assessment without including all of claimant's limitations, and that the ALJ made an improper credibility assessment. Plaintiff makes a number of sub-arguments in support of these positions.

As required by 28 U.S.C. § 636, the court has reviewed all objected to matters *de novo*. Having done so, the court finds that no purpose would be served by restating

here any of the magistrate judge's findings or analysis.  The court further finds no reason to reject the magistrate's judge's findings or conclusions.

Accordingly, having carefully considered the parties' submissions, the record, and the relevant legal authorities, plaintiff's objections to the Report and Recommendation of the magistrate judge are **DENIED**.  The recommendations of the magistrate judge are **ACCEPTED**, **ADOPTED**, and **AFFIRMED** in their entirety.  The Commissioner's decision denying benefits is **AFFIRMED**.

Dated this 8th day of January, 2008.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-0483p002.wpd